

# CORRECTED MANDATE

# Court of Appeals

# First District of Texas

**TO THE 208TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals for the First District of Texas, on September 24, 2009 the cause upon appeal to revise or reverse your judgment between

| | |
|---|---|
| HEYWOOD JOSEPH SHOLARS, APPELLANT | Appeal from the 208th District Court of Harris County, Texas. (Tr. Ct. No. 1034539). Panel consists of Justices Keyes, Hanks, and Bland. Opinion delivered by Justice Keyes. |
| NO. 01-08-00060-CR V. | |
| THE STATE OF TEXAS, APPELLEE | |

was determined; and therein our said Court made its order in these words:

"The cause heard today by the Court is an appeal from the judgment signed by the court below on January 16, 2008. After submitting the cause and inspecting the record of the court below, it is the opinion of this Court that there was no reversible error in the judgment. It is, therefore **CONSIDERED, ADJUDGED**, and **ORDERED** that the judgment of the court below be in all things **affirmed**.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered by panel consisting of Justices Keyes, Hanks, and Bland."

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 24, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

